In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00359-CV**
_____

**IN THE INTEREST OF K.R.K.-L. H.**

**On Appeal from the 253rd District Court**
**Liberty County, Texas**
**Trial Cause No. CV2016063**

**MEMORANDUM OPINION**

On November 9, 2021, appellant L.H. filed a notice of appeal from a proposed order of termination signed by an associate judge on October 20, 2021. Appellant also filed a request for a de novo hearing by the referring court. On December 8, 2021, the Texas Department of Family and Protective Services filed a motion to dismiss the appeal for lack of jurisdiction because the referring court has not signed a final order. In response, L.H. concedes the termination order is interlocutory because the referring court has not held the de novo hearing.

When a party timely files a request for a de novo hearing and nothing in the record indicates that the appellant waived the right to a de novo hearing, the associate judge's ruling is not a final judgment. *See C.A. v. Tex. Dep't of Family & Protective Servs.*, No. 03-20-00158-CV, 2020 WL 4929786, at *1 (Tex. App.—Austin Aug. 18, 2020, no pet.) (mem. op.). We grant the Department's motion to dismiss and dismiss the appeal for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 29, 2021
Opinion Delivered December 30, 2021

Before Golemon, C.J., Horton and Johnson, JJ.